UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FINANCIAL PACIFIC LEASING, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>R.V.I. AMERICA INSURANCE CO.,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00756-RSL<br><br>**STIPULATED MOTION AND ORDER REGARDING DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Financial Pacific Leasing, Inc. ("Financial") and R.V.I. America Insurance Co. ("RVI") hereby stipulate that RVI's answer or other response to Financial's *Complaint for Declaratory Relief and Damages* (Dkt. #1) shall be filed no later than July 19, 2021, <u>unless</u> Financial files an amended complaint on or before July 19, 2021, in which case RVI shall not file a response to the original complaint and shall answer or otherwise respond to the amended complaint within 30 days after the date Financial files an amended complaint.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

STIPULATED MOTION AND ORDER
REGARDING DEFENDANT'S ANSWER TO
PLAINTIFF'S COMPLAINT - 1
CASE NO. 2:21-cv-00756-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: July 2, 2021

LANE POWELL PC

By: s/ *David M. Schoeggl*
David M. Schoeggl, WSBA No. 13638
Michael "Mac" Brown, WSBA No. 49722
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
schoeggld@lanepowell.com
brownm@lanepowell.com

Attorneys for Defendant R.V.I. America Insurance Co.

FELLOWS LABRIOLA LLP

By: s/ *Stattuck Ely*
Shattuck (Tucker) Ely, *Pro Hac Vice*
Ethan M. Knott, *Pro Hac Vice*
225 Peachtree Street NE, Suite 2300
Atlanta, GA 30303
Telephone: 404.586.2022
tely@fellab.com
eknott@fellab.com

GORDON TILDEN THOMAS & CORDELL LLP

Franklin D. Cordell, WSBA No. 26392
Miles C. Bludorn, WSBA No. 54238
600 University Street, Suite 2915
Seattle, WA 98101
Telephone: 206.467.6477
fcordell@gordontilden.com
mbludorn@gordontilden.com

Attorneys for Plaintiff Financial Pacific Leasing, Inc.

STIPULATED MOTION AND ORDER REGARDING DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT - 2
CASE NO. 2:21-cv-00756-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

In light of the above-stated stipulation by Financial Pacific Leasing, Inc. ("Financial") and R.V.I. America Insurance Company ("RVI"), and being fully advised, the Court hereby ORDERS as follows:

RVI's answer or other response to Financial's *Complaint for Declaratory Relief and Damages* (Dkt. #1) shall be filed no later than July 19, 2021, <u>unless</u> Financial files an amended complaint on or before July 19, 2021, in which case RVI shall not file a response to the original complaint and shall answer or otherwise respond to the amended complaint within 30 days after the date Financial files an amended complaint.

Dated this 6th day of July, 2021.

*/s/ Robert S. Lasnik*
Hon. Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER
REGARDING DEFENDANT'S ANSWER TO
PLAINTIFF'S COMPLAINT - 3
CASE NO. 2:21-cv-00756-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107