# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FINANCIAL PACIFIC LEASING, INC., <br><br> Plaintiff, <br><br> v. <br><br> R.V.I. AMERICA INSURANCE CO., <br><br> Defendant. | Case No. 2:21-cv-00756-RSL <br><br> **STIPULATION AND ORDER REGARDING DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Financial Pacific Leasing, Inc. ("Financial") and R.V.I. America Insurance Co. ("RVI") hereby stipulate that RVI's answer or other response to Financial's *First Amended Complaint for Declaratory Relief and Damages* (Dkt. #14) is due on August 23, 2021.

DATED: August 12, 2021

| | |
|---|---|
| GORDON TILDEN THOMAS & CORDELL LLP | LANE POWELL PC |
| By: *s/ Franklin D. Cordell* <br> Franklin D. Cordell, WSBA No. 26392 <br> Miles C. Bludorn, WSBA No. 54238 <br> T: 206.467.6477 <br> fcordell@gordontilden.com <br> mbludorn@gordontilden.com <br> Attorneys for Plaintiff Financial Pacific Leasing, Inc. | By: *s/ Michael M. Brown* <br> David M. Schoeggl, WSBA No. 13638 <br> Michael M. Brown, WSBA No. 49722 <br> T: 206.223.7000 <br> schoeggld@lanepowell.com <br> brownm@lanepowell.com <br> Attorneys for Defendant R.V.I. America Insurance Co. |

STIPULATION AND ORDER REGARDING DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT - 1
CASE NO. 2:21-cv-00756-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

Having considered the August 12, 2021 stipulation submitted by Financial Pacific Leasing, Inc. ("Financial") and R.V.I. America Insurance Company ("RVI"), and being fully advised, the Court hereby GRANTS the parties' stipulation. The deadline for RVI's answer or other response to Financial's *First Amended Complaint for Declaratory Relief and Damages* (Dkt. #14) is due on August 23, 2021.

Dated this 13th day of August, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER REGARDING
DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT - 2
CASE NO. 2:21-cv-00756-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107