HONORABLE ROBERT LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FINANCIAL PACIFIC LEASING, INC., | Case No. 2:21-cv-00756-RSL |
| Plaintiff, | DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |
| v. | |
| R.V.I. AMERICA INSURANCE CO., | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant R.V.I. America Insurance Company ("RVI"), by its attorneys, states as follows:

RVI is a Connecticut domiciled insurance company that is wholly owned by R.V.I. America Corporation, a Delaware domiciled holding company, which in turn is wholly owned by R.V.I. Guaranty Co., Ltd., a Bermuda domiciled holding company, which in turn is wholly owned by R.V.I. Acquisition Holdings, LLC, a Delaware domiciled holding company, which in turn is wholly owned by R.V.I. Holdings, LLC, a Delaware domiciled holding company, which in turn is wholly owned by R.V.I. Manager, LLC, a Delaware domiciled holding company, and this company is wholly owned by Mark Walter.

DATED this 23rd day of August, 2021.

/ / / /

/ / / /

/ / / /

DEFENDANT'S CORPORATE DISCLOSURE
STATEMENT - 1
CASE NO. 2:21-cv-00756-RSL

133911.0001/8639349.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

LANE POWELL PC

By: *s/ Michael "Mac" Brown*
   David M. Schoeggl, WSBA No. 13638
   Michael "Mac" Brown, WSBA No. 49722
   schoeggld@lanepowell.com
   brownm@lanepowell.com

CLYDE & CO US LLP

By: *s/ Paul R. Koepf*
   Paul R. Koepf, *pro hac vice*
   paul.koepf@clydeco.us
   The Chrysler Building
   405 Lexington Avenue
   New York, New York 10174
   Telephone: 212.710.3900

Attorneys for Defendant R.V.I. America Insurance Co.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 2
CASE NO. 2:21-cv-00756-RSL

133911.0001/8639349.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107