UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FINANCIAL PACIFIC LEASING, INC., <br><br>Plaintiff, <br><br>v. <br><br>R.V.I. AMERICA INSURANCE CO., <br><br>Defendant. | Case No. 2:21-cv-00756-RSL <br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR R.V.I.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |

Financial Pacific Leasing, Inc. ("FinPac") and R.V.I. America Insurance Co. ("RVI") hereby stipulate to the following briefing schedule and new noting date related to RVI's Motion to Dismiss Pursuant to Rule 12(b)(6), Dkt. #23:

- **September 30, 2021.** FinPac's Response to RVI's Motion to Dismiss due.
- **October 14, 2021.** RVI's Reply in Support of RVI's Motion to Dismiss due.
- **October 15, 2021.** RVI's Motion to Dismiss re-noted for consideration.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR R.V.I.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) - 1
CASE NO. 2:21-cv-00756-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1     DATED: September 2, 2021

2                                               LANE POWELL PC

By:  *s/ Michael M. Brown*
     David M. Schoeggl, WSBA No. 13638
     Michael M. Brown, WSBA No. 49722
     1420 Fifth Avenue, Suite 4200
     P.O. Box 91302
     Seattle, Washington 98111-9402
     Telephone: 206.223.7000
     schoeggld@lanepowell.com
     brownm@lanepowell.com

Attorneys for Defendant R.V.I. America Insurance Co.

GORDON TILDEN THOMAS & CORDELL LLP

By:  *s/ Franklin D. Cordell*
     Franklin D. Cordell, WSBA No. 26392
     Michael P. Brown, WSBA No. 45618
     600 University Street, Suite 2915
     Seattle, WA 98101
     Telephone: 206.467.6477
     fcordell@gordontilden.com
     mbrown@gordontilden.com

Attorneys for Plaintiff Financial Pacific Leasing, Inc.

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR R.V.I.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) - 2
CASE NO. 2:21-cv-00756-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

Having considered the September 2, 2021 stipulation submitted by Financial Pacific Leasing, Inc. ("FinPac") and R.V.I. America Insurance Company ("RVI"), and being fully advised, the Court hereby GRANTS the parties' stipulation. RVI's Motion to Dismiss Pursuant to Rule 12(b)(6), Dkt. #23, is re-noted for consideration on **October 15, 2021**. FinPac's Response to RVI's Motion to Dismiss is due on or before **September 30, 2021**, and RVI's Reply in Support of its Motion to Dismiss is due on or before **October 14, 2021.**

Dated this 3rd day of September, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE FOR R.V.I.'S MOTION TO
DISMISS PURSUANT TO RULE 12(b)(6) - 3
CASE NO. 2:21-cv-00756-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107