UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FINANCIAL PACIFIC LEASING, INC., <br><br> Plaintiff, <br><br> v. <br><br> R.V.I. AMERICA INSURANCE CO., <br><br> Defendant. | NO. 2:21-cv-00756-RSL <br><br> STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR AN ORDER STAYING ALL DISCOVERY, OR, IN THE ALTERNATIVE FOR A PROTECTIVE ORDER |

Plaintiff Financial Pacific Leasing, Inc. and Defendant R.V.I. America Insurance Co. hereby stipulate to the following briefing schedule and new noting date related to Defendant's Motion for an Order Staying All Discovery, or, in the Alternative for a Protective Order, Dkt. #36:

| | |
|---|---|
| **Wednesday, December 22, 2021** | Plaintiff's Response to Defendant's Motion for an Order Staying All Discovery, or, in the Alternative for a Protective Order. |
| **Wednesday, December 29, 2021** | Defendant's Reply in Support of Motion for an Order Staying All Discovery, or, in the Alternative for a Protective Order. |
| **Friday, December 31, 2021** | Defendant's Motion is re-noted for consideration. |

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR AN ORDER STAYING ALL DISCOVERY, OR, IN THE ALTERNATIVE FOR A PROTECTIVE ORDER - 1
No. 2:21-cv-00756-RSL

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 13th day of December, 2021.

          **GORDON TILDEN THOMAS & CORDELL LLP**
          Attorneys for Plaintiff

          By   *s/Franklin D. Cordell*
                Franklin D. Cordell, WSBA #26392
                Michael P. Brown, WSBA #45618
                600 University Street, Suite 2915
                Seattle, Washington 98101
                206.467.6477
                fcordell@gordontlden.com
                mbludorn@gordontilden.com

                Shattuck Ely, Ga. Bar No. 246944
                Ethan M. Knott, Ga. Bar No. 246944
                FELLOWS LABRIOLA LLP
                Suite 2300, South Tower
                225 Peachtree Street, N.E.
                Atlanta, GA 30303
                404.586.9200

DATED this 13th day of December, 2021.

          LANE POWELL PC
          Attorneys for Defendant R.V.I. America Insurance Co.

          By:   *s/Michael M. Brown*
                David M. Schoeggl, WSBA No. 13638
                Michael M. Brown, WSBA No. 49722
                1420 Fifth Avenue, Suite 4200
                P.O. Box 91302
                Seattle, Washington 98111-9402
                Telephone: 206.223.7000
                schoeggld@lanepowell.com
                brownm@lanepowell.com

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR AN ORDER STAYING ALL DISCOVERY, OR, IN THE ALTERNATIVE FOR A PROTECTIVE ORDER - 2
No. 2:21-cv-00756-RSL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**ORDER**

Having considered the December 13, 2021 stipulation submitted by Plaintiff Financial Pacific Leasing, Inc. ("FinPac") and Defendant R.V.I. America Insurance Company ("RVI"), and being fully advised, the Court hereby GRANTS the parties' stipulation. Defendant's Motion for an Order Staying All Discovery, or, in the Alternative for a Protective Order, Dkt. #36, is re-noted for consideration on **Friday, December 31, 2021**. FinPac's Response is due on or before **Wednesday, December 22, 2021**, and RVI's Reply is due on or before **Wednesday, December 29, 2021.**

Dated this 14th day of December, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR AN ORDER STAYING ALL DISCOVERY, OR, IN THE ALTERNATIVE FOR A PROTECTIVE ORDER - 3
No. 2:21-cv-00756-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477